## Commonwealth *v.* Hermann, Appellant.

Submitted June 12, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Arthur R. Makadon,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.